■ The People of the State of New York, Respondent, v. Domenick Abbate, Appellant.— Motion by respondent to dismiss appeal denied, on con-

dition that appellant perfect the appeal and be ready to argue or submit it at the May Term, beginning April 24, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before April 7, 1961. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.